IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIRST MERCURY INSURANCE COMPANY,**<br>　　　　Plainitff<br><br>　　v.<br><br>**LEGENDS, INC., et al.,**<br>　　　　Defendants | **CIVIL ACTION NO. 12-1536** |

**O R D E R**

AND NOW, this 19th day of December, 2012, upon consideration of Defendants Legends, Inc.'s and Jobin J. Granstrom's (collectively, "Moving Defendants[1]") Motion to Dismiss (ECF 9), Plaintiff's Response (ECF 21), the arguments put forth at the oral argument on September 19, 2012, and the letters submitted thereafter by counsel for both parties on October 16, 2012 and October 18, 2012, and for the reasons stated in the foregoing Memorandum of Law, it is hereby **ORDERED**:

1. Moving Defendants' Motion to Dismiss (ECF 9) is **GRANTED** with prejudice.

2. The Clerk shall close this case.

　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-1536 first mercury v. legends\12cv1536.Order re Decl. J. Juris.doc

---

[1] Only defendants Legends, Inc. and Jobin J. Granstrom participated in prosecuting the Motion to Dismiss. The remaining five Defendants have not filed any papers related to the Motion to Dismiss and were not represented at the oral argument.